### Maurice D. BUCKNER, Plaintiff–Appellant,

v.

Kenneth K. HARPER, individually and in his official capacity as Deputy Sheriff of Louisa County; Henry A. Kennon, individually and in his official capacity as Sheriff of Louisa County, Virginia; Louisa County Administrator, individually and in his/her official capacity as Administrator of Louisa County, Virginia; Director, Albemarle–Charlottesville Joint Security Complex, individually and in his/her official capacity as Director; Albemarle–Charlottesville Joint Security Complex; Margaret McLeod Cain, individually and as plaintiff's former attorney, Defendants–Appellees.

No. 02–7825.

United States Court of Appeals, Fourth Circuit.

Submitted April 16, 2003.

Decided May 5, 2003.

Maurice D. Buckner, Appellant Pro Se.

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Maurice D. Buckner appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Buckner v. Harper*, No. CA–02–1029–7 (W.D.Va. Oct. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*